IDA THOMASHEFSKY, Respondent, v. HARRY THOMASHEFSKY, Appellant.—
Motion for stay granted, without costs. Present — Blackmar, P. J., Kelly,
Manning, Kelby and Young, JJ.

MARTHA ANDERSEN, Respondent, v. THE VILLAGE OF NORTH TARRYTOWN,
Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.
Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

WALTER C. ANTHONY and THEODORE V. W. ANTHONY, Copartners, etc.,
Respondents, v. WESLEY WAIT, Appellant.— Judgment unanimously affirmed,
with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and
Young, JJ.

HARRIET JEAN BEAULEY, Respondent, v. WILLIAM J. BEAULEY, Appellant.
(Appeal No. 1.) — The order should be reversed, and the action upon the agree-
ment for maintenance should be stayed pending the trial of the action for divorce.
The complaint in the action for maintenance is general in its character, alleging
simply a breach of the contract and demanding damages in the sum of $250,000.
Necessarily the complaint seeks to recover anticipatory damages; and while the
pleadings are in this condition, we do not think that action should be tried until
after the trial of the action for divorce. If such action for divorce is not brought
on promptly for trial, an application may be made to this court to vacate the stay.
Order denying stay reversed upon the law, and motion for stay granted, without
costs, with permission to move to vacate the stay providing the divorce case is
not moved promptly for trial. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.,
concur.

HARRIET JEAN BEAULEY, Respondent, v. WILLIAM J. BEAULEY, Appellant.
(Appeal No. 2.) — Order vacating defendant's notice to examine the plaintiff
before trial reversed on the law, in so far as the same relates to specifications
1 and 3 of said notice, and motion to vacate in relation to those specifications
is denied, without costs. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox
and Young, JJ., concur.

MAX BLOCH, Respondent, v. UNIT TRADING CORPORATION and Others, Appel-
lants.— Order granting plaintiff's motion for the appointment of a receiver
*pendente lite* affirmed, with ten dollars costs and disbursements. No opinion.
Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

MARY CHARLTON, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY,
Appellant.— Judgment and order of the City Court of Yonkers unanimously
affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly,
Jaycox and Young, JJ.

CATHERINE COTTER, Respondent, v. THE CITY OF NEW YORK, Appellant.—
Judgment and order unanimously affirmed, with costs. No opinion. Present —
Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

MAXWELL FREUND, Respondent, v. DORA DAVIS, One Time Known as " DORA
FREUND," Appellant.— Order affirmed, with ten dollars costs and disbursements,
and defendant given twenty days' time, upon payment of said costs and disburse-
ments, in which to answer. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox
and Young, JJ., concur.